1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC. | Case No.: 2:23-cv-08626-MEMF-KK |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No. 30]** |
| v. | |
| BILLIONTREE TECHNOLOGY USA, INC., MOUNTAIN PEAK. INC., and DOES 1 through 25, inclusive, | |
| Defendants. | |

The Court having considered the Stipulation to Extend Time to Respond to Complaint between Plaintiff ML Products Inc. ("Plaintiff") and Defendants Billiontree Technology USA, Inc., Mountain Peak, Inc. ("Defendants") (ECF No. 30), and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.  Defendants shall respond to Plaintiff's Complaint by December 1, 2023.
2.  The parties shall conduct the conference of parties under Federal Rule of Civil Procedure 26(f) on or before December 1, 2023, with discovery to commence thereafter as provided in Federal Rule of Civil Procedure 26, subject to the parties' ordinary discovery objections and negotiations and any orders of the Court pertaining to discovery issues.

1

3.  The parties shall exchange initial disclosures under Rule 26(a)(1)(A), by no later than December 1, 2023.

IT IS SO ORDERED.

Dated: November 20, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge