1 | **UNITED STATES DISTRICT COURT**
2 | **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ML PRODUCTS INC., | Case No. 2:23-cv-08626-MEMF-DTBx |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER REGARDING STIPULATED PROTECTIVE ORDER** |
| BILLIONTREE TECHNOLOGY USA, INC., MOUNTAIN PEAK. INC., and DOES 1 through 25, inclusive, | |
| Defendant. | |

**GOOD CAUSE APPEARING**, the Court hereby approves the Stipulation and Protective Order.

**IT IS SO ORDERED.**

DATED: October 15, 2024

_____
HON. DAVID T. BRISTOW
United States Magistrate Judge