UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    2:23-cv-08626-MEMF-DTB                                    Date: January 24, 2025

Title    <u>ML Products Inc. v. Billiontree Technology USA Inc. et al</u>

Present: The Honorable:    Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order GRANTING AS MODIFIED the Motion to Modify Uniform Pretrial Scheduling Order and Extend Deadlines [ECF No. 68][1]**

The Court is in receipt of the Motion to Modify Uniform Pretrial Scheduling Order and Extend Deadlines filed by Plaintiff ML Products, Inc. ECF No. 68 ("Motion"). Defendants Billiontree Technology USA Inc. and Mountain Peak Inc. (collectively, "Defendants") filed their opposition to the Motion on January 2, 2025. ECF No. 70 ("Opposition"). Plaintiffs filed their Reply on January 9, 2025. ECF No. 71 ("Reply"). The Court deems this matter appropriate for resolution without oral argument. *See* C.D. Cal. L.R. 7-15.

For the reasons stated herein, the Motion is GRANTED AS MODIFIED.

**Background**

Plaintiff filed suit in this Court on October 12, 2023. ECF No. 1. On February 13, 2024, the Court issued a Civil Trial Order, setting, among other deadlines, February 12, 2025, as Fact Discovery Cut-off and May 8, 2025, as the last date to hear motions. ECF No. 41 ("CTO").

On August 5, 2024, Plaintiff filed a Motion for Sanctions. ECF No. 56. On November 15, 2024, Plaintiff filed a Motion to File First Amended Complaint. ECF No. 62. On its own motion, the Court continued the hearing dates for the two motions to May 29, 2025. ECF No. 65.

---

[1] On December 16, 2024, Plaintiff ML Products, Inc. filed a Motion to Amend Scheduling Order, ECF No. 67, which was withdrawn on December 19, 2024. As such, the Court considers only the present Motion, ECF No. 68.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:23-cv-08626-MEMF-DTB                                              Date: January 24, 2025

Title        ML Products Inc. v. Billiontree Technology USA Inc. et al

On December 19, 2024, Plaintiff filed the instant Motion pursuant to Federal Rule of Civil Procedure 16(b)(4). Mot. at 1. Plaintiff asserts that there is good cause for the Motion, including "Defendants' ongoing refusal to comply with discovery." *Id.*; *see generally id.* at 3–6 (describing unfruitful meet and confer efforts and Defendants' allegedly inadequate discovery responses). Plaintiff further argues that it was diligent in seeking an amendment of the trial schedule. *Id*. at 11–12. Plaintiff subsequently asserts that there is no prejudice to Defendants. *Id*. at 13–14. Plaintiff seeks to continue trial to February 12, 2026, and all other deadlines accordingly. *See generally id*.

In its Opposition, Defendants argue that any delay in discovery is Plaintiff's own making. *See generally* Opp'n. In particular, Defendants assert that Plaintiff "failed to diligent pursue discovery," *id*. at 4; Defendants' refusal to relax the terms of the parties' protective order was reasonable in light of Plaintiff's allegations of unfair competition, *id*. at 5; Plaintiff delayed its own production, *id*. at 7; and Plaintiff waited until the eleventh hour to propound additional discovery requests, *id*. Based on these facts, Defendants argue that Plaintiff has failed to justify amending the trial schedule. *See generally id.*

**Applicable Law**

A scheduling order may only be modified "for good cause." *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. Pro. 16(b)). In determining whether good cause exists, the primary consideration is "the diligence of the party seeking the amendment." *Id*. "If that party was not diligent, the inquiry should end." *Id*. A district court may modify a scheduling order if the schedule "cannot reasonably be met despite the diligence of the party seeking the extension." *Id*. One secondary consideration is "the existence or degree of prejudice to the party opposing the modification." *Id*. But although prejudice "might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking modification." *Id*.

**Discussion**

As the Court stated in its Civil Trial Order, ECF No. 41 at 2:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:23-cv-08626-MEMF-DTB                                         Date: January 24, 2025

Title        *ML Products Inc. v. Billiontree Technology USA Inc. et al*

      The parties are advised that the discovery cut-off date is the last day by which all depositions must be completed, responses to previously served written discovery must be provided, and motions concerning discovery disputes must be heard, not filed. In other words, any motion challenging the adequacy of discovery responses must be filed timely, served, and calendared sufficiently in advance of the relevant discovery cut-off date to permit the responses to be obtained before that date, if the motion is granted.

Accordingly, both parties should have propounded their discovery and filed their motions to compel, if needed, early enough to have any disputes resolved by February 12, 2025. It does not appear that Plaintiff has done so. For instance, although Plaintiff has apparently contemplated filing a motion to compel, no such motion has been filed. *See* Mot. at 5 ("Such continued obstruction [by Defendants] will likely necessitate a motion to compel . . . ."). Because Plaintiff has not demonstrated its diligent pursuit of discovery so as to meet the February 12, 2025, Fact Discovery Cut-Off deadline, the Court finds that any delay engaged in by Defendants is not good cause to modify the CTO.

Nevertheless, the Court notes that the Court, on its own motion, continued the hearing dates for Plaintiff's Motion for Sanctions, ECF No. 56, and Motion to File First Amended Complaint, ECF No. 62, to after the current last date to hear motions. *See* ECF No. 65. As these continuances were beyond the parties' control, and in the interest of administration of justice, the Court finds it appropriate to modify the last date to hear motions to at least May 29, 2025. In addition, the Court finds it appropriate to continue the relevant dates by one month to account for the time spent by the Court in considering this Motion.

Accordingly, the Court finds it appropriate to extend the last date to hear motions to May 29, 2025, and extend the other dates by approximately 30 days, respectively.

**Conclusion**

For the reasons stated herein, the Motion is GRANTED AS MODIFIED.

| Event | Current Dates | New Dates |
|---|---|---|
| Fact Discovery Cut-Off | 2/12/2025 | 3/14/2025 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:23-cv-08626-MEMF-DTB                              Date: January 24, 2025

Title   <u>ML Products Inc. v. Billiontree Technology USA Inc. et al</u>

| | | |
|---|---|---|
| Expert Disclosure (Initial) | 2/19/2025 | 3/21/2025 |
| Expert Disclosure (Rebuttal) | 3/5/2025 | 4/4/2025 |
| Expert Discovery Cut-off | 3/19/2025 | 4/18/2025 |
| Last Day to Hear Motions | 5/8/2025 | 5/29/2025 |
| Deadline to Complete Settlement Conference | 5/21/2025 | Same as current date |
| Trial Filings (first round):<br><br>Motions in Limine, Memoranda of Contentions of Fact and Law, Witness Lists, Joint Exhibit List, Joint Status Report Regarding Settlement, Proposed Findings of Fact and Conclusions of Law | 7/2/2025 | 8/1/2025 |
| Trial Filings (second round):<br><br>Oppositions to Motions in Limine, Joint Proposed Final Conference Order, Joint Agreed Upon Proposed Jury Instructions, Disputed Proposed Jury Instructions, Joint Proposed Verdict Forms, Joint Proposed Statement of the Case, Proposed Voir Dire Questions, Evidentiary Objections. | 7/16/2025 | 8/15/2025 |
| Final Pretrial Conference | 7/30/2025 | 9/3/2025 |
| Trial | 8/18/2025 | 9/22/2025 |

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | DBE |