UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC.<br><br>Plaintiff,<br><br>v.<br><br>BILLIONTREE TECHNOLOGY USA, INC., MOUNTAIN PEAK. INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-08626-MEMF-DTB<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND HEARING DATE ON THE JOINT STIPULATION TO PLAINTIFF'S MOTION TO COMPEL**<br><br>Date:<br>Time:   10:00 a.m. PDT<br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong, USDJ |

On May 28, 2025, Plaintiff ML Products, Inc. filed an Unopposed Motion for Extension of the hearing date on the Joint Stipulation to Plaintiff's Motion to Compel. Upon consideration of the Unopposed Motion requesting an extension of the hearing on the Joint Stipulation regarding Plaintiff's Motion to Compel past the Discovery Cutoff deadline of July 30, 2025 and finding good cause therefore, the Court hereby GRANTS the Motion and allows the Joint Stipulation regarding Plaintiff's Motion to Compel to be heard by August 14, 2025, or as soon thereafter as is feasible for the Court.

**IT IS SO ORDERED.**

Dated: May _____, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

1