# EXHIBIT 1

 **Outlook**

---

**Re: Meet and confer Per Magistrate Bristow**

---

**From** Ju, Iris <Iris.Ju@glacier.law>
**Date** Fri 5/23/2025 4:20 PM
**To** Dana R. Vogel <drv@mccunelawgroup.com>; Valerie L. Savran <vls@mccunelawgroup.com>
**Cc** Pan, Dandan <dandan.pan@glacier.law>; Kevin J. O'Connor <KOConnor@pecklaw.com>

Dana and Valerie,

Following our discussion, Plaintiff will notify the Court via email that it intends to restart the process with no conditions.

I will check with our team regarding availability to meet and confer. As mentioned, I was recently involved in a car accident and have upcoming doctor appointments, and Kevin is currently traveling internationally. Should Plaintiff need to notice a hearing date that falls after the discovery cut-off due to the timing of the meet and confer, Defendants will not oppose the scheduling of such hearing out of professional courtesy.

Let me know if you still have any questions and would like to discuss.

Best Regards,

Tianyu Iris Ju, Esq.
**Glacier Law LLP**
251 S Lake Ave., Suite 910,
Pasadena, CA 91101
www.glacier.law
Tel: +1 (332) 208-8882
Direct: +1 (626) 663-1199
Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

---

**From:** Ju, Iris <Iris.Ju@glacier.law>
**Date:** Friday, May 23, 2025 at 3:43 PM
**To:** Dana R. Vogel <drv@mccunelawgroup.com>, Valerie L. Savran <vls@mccunelawgroup.com>
**Cc:** Pan, Dandan <dandan.pan@glacier.law>
**Subject:** Re: Meet and confer Per Magistrate Bristow

I just saw your email. I am joining now.

Best,
Iris

---

**From:** Dana R. Vogel <drv@mccunelawgroup.com>
**Date:** Friday, May 23, 2025 at 3:35 PM
**To:** Ju, Iris <Iris.Ju@glacier.law>, Valerie L. Savran <vls@mccunelawgroup.com>
**Subject:** Meet and confer Per Magistrate Bristow

Iris,
Are you available to jump on a call right now? If so, I'll send you a teams invite.



# Dana R. Vogel
Attorney | Practice Area Leader
t: 909-557-1250 | f: 909-557-1275
drv@mccunelawgroup.com | mccunelawgroup.com
2415 E. Camelback Rd.Ste 850, Phoenix, AZ, 85016

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

 **Outlook**

---

**FW: Discovery Conference Follow Up (ML Products v. Mountain Peak and Billiontree 2:23-cv-08626-MEMF-DTB )**

---

**From** Dana R. Vogel <drv@mccunelawgroup.com>
**Date** Tue 5/27/2025 12:36 PM
**To** Kevin J. O'Connor <KOConnor@pecklaw.com>; Iris.Ju@glacier.law <Iris.Ju@glacier.law>; Dandan Pan <dandan.pan@glacier.law>
**Cc** Connor P. Lemire <cpl@mccunelawgroup.com>; Valerie L. Savran <vls@mccunelawgroup.com>

Counsel,
Please provide times you are available to meet and confer regarding Plaintiff's motion to compel letter. It looks like the Judge will not allow us to simply agree to notice the hearing date past the discovery cutoff. Therefore, we must meet and confer by tomorrow, 5/28 for motions to be filed by 6/5.

Thank you,



**Dana R. Vogel**
Attorney | Practice Area Leader
t: 909-557-1250 | f: 909-557-1275
drv@mccunelawgroup.com | mccunelawgroup.com
2415 E. Camelback Rd.Ste 850, Phoenix, AZ, 85016

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

**From:** Julie Cicero <julie_cicero@cacd.uscourts.gov>
**Sent:** Tuesday, May 27, 2025 12:25 PM
**To:** Valerie L. Savran <vls@mccunelawgroup.com>
**Cc:** Iris Ju <Iris.Ju@glacier.law>; Dandan Pan <dandan.pan@glacier.law>; Kevin J. O'Connor <KOConnor@pecklaw.com>; Dana R. Vogel <drv@mccunelawgroup.com>; Connor P. Lemire <cpl@mccunelawgroup.com>
**Subject:** RE: Discovery Conference Follow Up (ML Products v. Mountain Peak and Billiontree 2:23-cv-08626-MEMF-DTB )

The Court is in receipt of the below email. As the Court noted during the telephonic conference on May 23, 2025, the parties are reminded that Judge Frimpong's Civil Trial Order (Docket No. 41) requires a motion to compel to be heard no later than the discovery cut-off date. Accordingly, any later motion date will not be considered absent authorization from Judge Frimpong. Stipulation of the parties to a later motion date does not alter Judge Frimpong's Order (as amended).



JULIE CICERO
JUDICIAL ASSISTANT TO MAGISTRATE JUDGE
DAVID T. BRISTOW
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL DISTRICT COURT
3470 Twelfth Street
Riverside, CA 92501
Office: (951) 328-4456
Email: julie_cicero@cacd.uscourts.gov

---

**From:** Valerie L. Savran <vls@mccunelawgroup.com>
**Sent:** Friday, May 23, 2025 6:27 PM
**To:** DTBChambers <DTB_Chambers@cacd.uscourts.gov>
**Cc:** Iris Ju <Iris.Ju@glacier.law>; Dandan Pan <dandan.pan@glacier.law>; Kevin J. O'Connor <KOConnor@pecklaw.com>; Dana R. Vogel <drv@mccunelawgroup.com>; Connor P. Lemire <cpl@mccunelawgroup.com>
**Subject:** Discovery Conference Follow Up (ML Products v. Mountain Peak and Billiontree 2:23-cv-08626-MEMF-DTB )

**CAUTION - EXTERNAL:**

Good afternoon,

In light of today's hearing on Defendants' motion for an extension of time to include their position on the joint stipulation under Rule 37, please see the below update, submitted jointly by Counsel:

Counsel met and conferred today following our conference. Plaintiff's counsel has decided to send a letter today, May 23, to Defendants out of an abundance of caution pursuant to L.R. 37-1 thereby effectively restarting the Rule 37 process. Plaintiff's restart of the process will render Defendants' pending motion to extend (Dkt. 118) moot.

Counsel also discussed the current schedule and relevant deadlines. The discovery cutoff is July 30, 2025. We understand the Court has blocked the last two weeks in July, making July 17 the latest available hearing date. In the event the parties are unable to meet and confer by next Wednesday, and Plaintiff decides to proceed with a motion to compel based on the forthcoming May 23 letter, Plaintiff may need to notice a hearing date beyond July 17. Defendants will not oppose a later hearing date that falls after the current discovery cutoff, out of professional courtesy.

Thank you so much for the Court's time, and have a great weekend.



**Valerie L. Savran**
Attorney
t: 909-557-1250 | f: 909-557-1275
vls@mccunelawgroup.com | mccunelawgroup.com
18565 Jamboree Rd Ste 550, Irvine, CA, 92612

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.