UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:23-cv-08626-MEMF-DTB                                   Date: May 29, 2025

Title   *ML Products Inc. v. Billiontree Technology USA Inc. et al*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order DENYING Unopposed Motion to Extend the Hearing Date on Joint Stipulation for Plaintiff's Motion to Compel [ECF No. 122]**

Before the Court is Plaintiff ML Products Inc.'s Unopposed Motion to Extend the Hearing Date on Joint Stipulation for Plaintiff's Motion to Compel. ECF No. 122 ("Motion"). For the below reasons, the Court DENIES the Motion.

This Court's Civil Trial Order states:

> The Court has a strong interest in keeping scheduled dates certain. Accordingly, pretrial and trial dates set by the Court are firm, and rarely will be changed. Any request for continuance of pretrial and/or trial dates must be by motion, stipulation, or application, and must be supported by a declaration setting forth the reasons for the requested relief. *The declaration must contain a highly detailed factual showing of good cause* and due diligence demonstrating the necessity for the continuance and a description of the parties' efforts, dating back to the filing of the complaint, of the steps they have taken to advance the litigation. This detailed showing must demonstrate that the work still to be performed reasonably could not have been accomplished within the applicable deadlines. General statements are insufficient to establish good cause. The declaration should also include whether any previous requests for continuances have been made and whether these requests were granted or denied by the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:23-cv-08626-MEMF-DTB                                                     Date: May 29, 2025

Title   <u>ML Products Inc. v. Billiontree Technology USA Inc. et al</u>

Civil Trial Order § L (emphasis added).[1]

Plaintiff asks this Court to modify the operative Civil Trial Order for this action and extend the discovery cut-off date from July 30, 2025, to August 14, 2025, or a later date. *See generally* Motion. Plaintiff reasons that a continuance is needed because *this Court* has blocked the last two weeks in July—and therefore cannot hear its motion to compel during that time—and that the parties' last date for discovery cut-off is July 30, 2025. *Id.* at 2.

The Court does not find good cause for this request. In particular, Plaintiff has not explained why its motion to compel cannot be heard before July 30, 2025. As this Court's operative Civil Standing Order states, "[a]ll discovery matters have been referred to a magistrate judge, who will hear all discovery disputes." Civil Standing Order § VII.[2] Because a motion to compel is a discovery motion, it should be heard by the United States Magistrate Judge assigned to this case, the Honorable David T. Bristow. Therefore, Plaintiff should have checked Judge Bristow's availability, not this Court's. Plaintiff, however, has not specified in its Motion that it did so or that Judge Bristow is unavailable before July 30, 2025.

Absent a showing of good cause, the Court DENIES the Motion.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | DBE |

---

[1] The operative Civil Trial Order is available at https://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong.
[2] The operative Civil Standing Order is also available at the Court's website.