Richard D. McCune (SBN 132124)
rdm@mccunelawgroup.com
Valerie L. Savran (SBN 334190)
vls@mccunelawgroup.com
Andy Van Ligten (SBN 348696)
avl@mccunelawgroup.com
Brandon Aslanyan-Little (SBN 351254)
bk@mccunelawgroup.com
**MCCUNE LAW GROUP, APC**
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250

Dana R. Vogel (*Pro Hac Vice*)
drv@mccunelawgroup.com
Connor P. Lemire (*Pro Hac Vice*)
cpl@mccunelawgroup.com
**MCCUNE LAW GROUP, APC**
2415 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: (909) 557-1250

*Attorneys for Plaintiff ML Products, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BILLIONTREE TECHNOLOGY USA, INC., MOUNTAIN PEAK. INC., and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-08626-MEMF-DTB<br><br>**JOINT STIPULATION FOR EXPERT DEPOSITIONS TO TAKE PLACE AFTER EXPERT DISCOVERY CUTOFF**<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong, USDJ |

Plaintiff ML Products Inc. ("Plaintiff") and Defendants Mountain Peak, Inc., and Billiontree USA Technology, Inc. ("Defendants") hereby stipulate for expert depositions to take place after the current expert discovery cut-off of September 3, 2025. This stipulation is based on the following facts and agreements of the parties:

WHEREAS, ML Products Inc. ("Plaintiff") filed the operative Complaint against Mountain Peak, Inc., and Billiontree USA Technology, Inc. ("Defendants") on October 12, 2023 (Dkt No. 1);

WHEREAS, on February 13, 2024, the Court issued the Scheduling Order, setting all pre-trial and trial deadlines, and setting the expert discovery cutoff for March 19, 2025 (Dkt No. 41);

WHEREAS, on January 24, 2025, the Court extended all deadlines by approximately 30 days, making the next expert discovery cutoff April 18, 2025 (Dkt No. 73);

WHEREAS, on April 16, 2025, the Court continued all deadlines, making the current expert discovery cutoff September 3, 2025 (Dkt No. 99);

WHEREAS, on August 6, 2025, Plaintiff issued its initial Expert Witness Disclosure of Brett Hollenbeck;

WHEREAS, on August 6, 2025, Defendants issued its initial Expert Witness Disclosure of Chris Silver Smith;

WHEREAS, on August 7, 2025, Defendants issued a notice to take the deposition of Plaintiff's expert, Brett Hollenbeck;

WHEREAS, on August 13, 2025, Plaintiff issued a notice to take the deposition of Defendants' expert, Chris Silver Smith;

WHEREAS, on August 20, 2025 Defendants issued its Rebuttal Expert Disclosure of Chris Silver Smith and Keith Hock;

WHEREAS, since August 21, 2025, the parties have been engaged in active discussions regarding a mediation arrangement. The Parties agree to complete mediation on or before October 10, 2025.

WHEREAS, on August 22, 2025 Plaintiff issued a notice to take the deposition of Defendants' rebuttal expert, Keith Hock.

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and Defendants, by and through their undersigned counsel and subject to the approval of this Court, that for good cause shown, the expert depositions of Brett Hollenbeck, Chris Silver Smith, and Keith Hock shall take place after the expert discovery deadline of September 3, 2025, and on or before October 23, 2025.


DATED: August 29, 2025                **McCUNE LAW GROUP, APC**

By:    _/s/ Dana R. Vogel_
       Dana R. Vogel (*Pro Hac Vice*)
       drv@mccunelawgroup.com
       2415 East Camelback Road, Suite 850
       Phoenix, Arizona 85016
       Telephone: (909) 557-1250

       *Attorneys for Plaintiff*

DATED: August 28, 2025                **GLACIER LAW LLP**

By:    _/s/ Tianyu Ju_
       Tianyu Ju, Esq.
       Iris.Ju@glacier.law
       251 South Lake Avenue, Suite 910
       Pasadena, CA 91101
       Telephone: 332-208-8882

       Kevin J. O'Connor (admitted pro hac vice)
       KOConnor@pecklaw.com
       PECKAR & ABRAMSON, P.C.
       70 Grand Avenue
       River Edge, New Jersey 07661
       Telephone: (201) 343-3434

       *Attorneys for Defendants Mountain Peak and Billiontree*


I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of the Stipulation.

       _/s/ Dana R. Vogel_
       Dana R. Vogel