1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ML PRODUCTS INC., <br><br>                    Plaintiffs, <br><br>           v. <br><br> BILLIONTREE TECHNOLOGY USA, INC., MOUNTAIN PEAK. INC., and DOES 1 through 25, inclusive, <br><br>                    Defendants. | Case No.: 5:23-cv-02094-MEMF-DTB <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXPERT DEPOSITIONS TO TAKE PLACE AFTER EXPERT DISCOVERY CUTOFF** |

1

On August 29, 2025, the Parties filed a Joint Stipulation for Expert Depositions to Take Place After Expert Discovery Cutoff.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

Pursuant to the Joint Stipulation, the Parties' expert depositions of Brett Hollenbeck, Chris Silver Smith, and Keith Hock shall take place after the September 3, 2025, expert discovery cutoff, and on or before October 23, 2025.

IT IS SO ORDERED.


Dated: _____                    _____

                                                    MAAME EWUSI-MENSAH FRIMPONG

                                                       United States District Judge