UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:23-cv-08626-MEMF-DTB | Date | November 13, 2025 |
|---|---|---|---|
| Title | ML Products v. Billiontree Technology USA, Inc. et al | | |

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING THE STIPULATION FOR EXPERT DEPOSITIONS TO TAKE PLACE AFTER EXPERT DISCOVERY CUTOFF [DKT. NO. 172]**

The Court is in receipt of the parties' Stipulation for Expert Deposition to Take Place After Expert Discovery Cutoff. Dkt. No. 172 ("Stipulation"). For the below reason, the Stipulation is DENIED WITHOUT PREJUDICE.

The Court's operative Civil Standing Order[1] specifies that "[t]he Court grants continuances only upon a showing of good cause, focusing on the diligence of the party seeking the continuance and any prejudice that may result if the continuance is denied." Civil Standing Order § XIII.

The operative Civil Trial Order[1] also states:

The Court has a strong interest in keeping scheduled dates certain. Accordingly, pretrial and trial dates set by the Court are firm, and rarely will be changed. Any request for continuance of pretrial and/or trial dates must be by motion, stipulation, or application, and must be supported by a declaration setting forth the reasons for the requested relief. The declaration must contain a highly detailed factual showing of good cause and due diligence demonstrating the necessity for the continuance and a description of the parties' efforts, dating back to the filing of the complaint, of the steps they have taken to advance the litigation. This detailed showing must demonstrate that the work still to be performed reasonably could not have been accomplished within the applicable deadlines. General statements are insufficient to establish good cause. The declaration should also include whether any previous requests for continuances have been made and whether these requests were granted or denied by the Court.

---

[1] The Court's operative Civil Trial order may be found at https://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-08626-MEMF-DTB | Date | November 13, 2025 |
|---|---|---|---|
| Title | *ML Products v. Billiontree Technology USA, Inc. et al* | | |

Civil Trial Order § L.

    The parties' Stipulation, however, lacks a declaration, which should contain a highly detailed factual showing of good cause for the continuance the parties seek. See *generally* Stipulation. Accordingly, the Stipulation is DENIED WITHOUT PREJUDICE.

    IT IS SO ORDERED.


**IT IS SO ORDERED.**

                                                 Initials of Deputy Clerk        DBE