| | |
|---|---|
| Richard D. McCune (SBN 132124)<br>rdm@mccunelawgroup.com<br>Valerie L. Savran (SBN 334190)<br>vls@mccunelawgroup.com<br>Andy Van Ligten (SBN 348696)<br>avl@mccunelawgroup.com<br>Brandon Aslanyan-Little (SBN 351254)<br>bk@mccunelawgroup.com<br>**MCCUNE LAW GROUP, APC**<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>Telephone: (909) 557-1250<br><br>Dana R. Vogel (*Pro Hac Vice*)<br>drv@mccunelawgroup.com<br>Connor P. Lemire (*Pro Hac Vice*)<br>cpl@mccunelawgroup.com<br>**MCCUNE LAW GROUP, APC**<br>2415 East Camelback Road, Suite 850<br>Phoenix, Arizona 85016<br>Telephone: (909) 557-1250<br><br>*Attorneys for Plaintiff ML Products, Inc.* | Jie Li, Esq.<br>Glacier Law LLP<br>251 South Lake Avenue, Suite 910<br>Pasadena, CA 91101<br>Jie.li@glacier.law<br>Telephone: 332-208-8882<br><br>Dandan Pan (admitted pro hac vice)<br>Glacier Law LLP<br>41 Madison Avenue, Ste. 2529<br>New York, NY 10010<br>dandan.pan@glacier.law<br>(212)729-5033<br><br>Kevin J. O'Connor (admitted pro hac vice)<br>KOConnor@pecklaw.com<br>Peckar & Abramson, P.C.<br>70 Grand Avenue<br>River Edge, NJ 07661<br>Telephone: (201) 343-3434<br><br>*Attorneys for Defendants Mountain Peak and Billiontree* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC.<br><br>       Plaintiff,<br><br>  v.<br><br>BILLIONTREE TECHNOLOGY USA, INC., MOUNTAIN PEAK. INC., and DOES 1 through 25, inclusive,<br><br>       Defendants. | Case No.: 2:23-cv-08626-MEMF-DTB<br><br>**JOINT STIPULATION TO EXTEND SCHEDULING DEADLINES**<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong, USDJ |

1  Plaintiff ML Products Inc. ("Plaintiff") and Defendants Mountain Peak, Inc., and
2  Billiontree USA Technology, Inc. (collectively, "Defendants") hereby stipulate and
3  agree, subject to approval of the Court, to extend the current scheduling deadlines
4  pursuant to the modified schedule set forth below, based on the following facts and
5  agreements:
6  WHEREAS, ML Products Inc. ("Plaintiff") filed the operative Complaint against
7  Mountain Peak, Inc., and Billiontree USA Technology, Inc. ("Defendants") on October
8  12, 2023 (Dkt No. 1).
9  WHEREAS, on February 13, 2024, the Court issued the Scheduling Order, setting
10 all pre-trial and trial deadlines (Dkt No. 41).
11 WHEREAS, on January 24, 2025, the Court amended the Scheduling Order (Dkt.
12 No. 73).
13 WHEREAS, on April 16, 2025, the Court further amended the Scheduling Order,
14 setting the first round of trial filings due on December 17, 2025 (Dkt. No. 99).
15 WHEREAS, following the Parties' pre-trial conference on December 4, 2025,
16 Plaintiff emailed the pertinent pretrial document drafts the week of December 8, 2025,
17 including a draft Joint Exhibit List on December 12, 2025. (*See* Pan Decl. ¶¶3, 4).
18 WHEREAS, shortly before the December 17, 2025 deadline, lead counsel for
19 Defendants' trial team experienced unforeseen and significant personal circumstances
20 that materially affected counsel's availability during this critical pretrial period. (*See* Pan
21 Decl. ¶5).
22 WHEREAS, on December 17, 2025, following a good-faith meet and confer, the
23 Parties agreed to request a brief extension of the Court's pretrial deadlines to ensure that
24 the upcoming trial filings are prepared and submitted in a manner that is complete,
25 accurate, and consistent with the Court's expectations, without prejudicing either side.
26 (*See* Pan Decl. ¶¶6,7).
27 WHEREAS, the requested extension is limited in duration, will not unfairly
28 prejudice any party, and will promote the orderly and efficient administration of justice.

1  WHEREAS, Plaintiff indicated that it would be filing Plaintiff's separately filed trial documents today in compliance with the Court's pretrial order if the stipulated continuance was not granted prior to 6 p.m. on this date.

WHEREAS, Plaintiff's motion to re-open discovery and continue the trial date and all pretrial deadlines is currently pending before this Court. Plaintiff is specifically not waiving the relief it is seeking in such motion, which is a four-month extension of the current scheduling order, by entering into this stipulation.

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and Defendants, by and through their undersigned counsel and subject to the approval of this Court, that for good cause shown, that the Scheduling Order be modified as follows:

| Event | Current Dates | New Dates |
| --- | --- | --- |
| Trial Filings (First Round):<br><br>Motions in Limine; Memoranda of Contentions of Fact and Law; Witness Lists; Joint Exhibit List; Joint Status Report Regarding Settlement; Proposed Findings of Fact and Conclusions of Law | 12/17/2025 | 1/12/2026 |
| Trial Filings (Second Round):<br><br>Oppositions to Motions in Limine; Joint Proposed Final Conference Order; Joint Agreed Upon Proposed Jury Instructions; Disputed Proposed Jury Instructions; Joint Proposed Verdict Forms; Joint Proposed Statement of the Case; Proposed Voir Dire Questions; Evidentiary Objections | 12/31/2025 | 1/26/2026 |
| Final Pretrial Conference | 1/14/2026, 10:00 a.m. | 2/11/2026, 10:00 a.m. |
| Trial | 2/2/2026, 8:30 am | 3/2/2026, 8:30 am |

DATED: December 17, 2025     **McCUNE LAW GROUP, APC**

By: /s/ Dana R. Vogel
Dana R. Vogel (*Pro Hac Vice*)
drv@mccunelawgroup.com
2415 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: (909) 557-1250

*Attorneys for Plaintiff*

DATED: December 17, 2025     **GLACIER LAW LLP**

By: */s/* Jie Li
Jie Li, Esq.
Jie.li@glacier.law
251 South Lake Avenue, Suite 910
Pasadena, CA 91101
Telephone: 332-208-8882

Kevin J. O'Connor (admitted pro hac vice)
KOConnor@pecklaw.com
PECKAR & ABRAMSON, P.C.
70 Grand Avenue
River Edge, New Jersey 07661
Telephone: (201) 343-3434

*Attorneys for Defendants Mountain Peak and Billiontree*

I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of the Stipulation.

/s/ Jie Li
Jie Li