Jie Li, Esq.
Glacier Law LLP
251 South Lake Avenue, Suite 910
Pasadena, CA 91101
Jie.li@glacier.law
Telephone: 332-208-8882

Dandan Pan (admitted pro hac vice)
Glacier Law LLP
41 Madison Avenue, Ste. 2529
New York, NY 10010
dandan.pan@glacier.law
(212)729-5033

Kevin J. O'Connor (admitted pro hac vice)
KOConnor@pecklaw.com
Peckar & Abramson, P.C.
70 Grand Avenue
River Edge, NJ 07661
Telephone: (201) 343-3434

*Attorneys for Defendants Mountain Peak and Billiontree*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC. | Case No. 2:23-cv-08626-MEMF-DTB |
| Plaintiff, | **DANDAN PAN'S DECLARATION** |
| v. | |
| BILLIONTREE TECHNOLOGY USA, INC., MOUNTAIN PEAK. INC., and DOES 1 through 25, inclusive, | |
| Defendants. | |

# DECLARATION OF DANDAN PAN

I, Dandan Pan, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York, admitted pro hac vice in this action, and serve as counsel for Defendants, Billiontree Technology USA, Inc. ("BT") and Mountain Peak. Inc. ("Mountain Peak").

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently to such facts under oath.

3. I participated in the Parties' pre-trial conference held on December 4, 2025.

4. Following that conference, Plaintiff emailed the pertinent draft pretrial documents the week of December 8, 2025, including an initial draft Joint Exhibit List on the evening of December 12, 2025.

5. On Tuesday, December 16, 2025, I became aware of unforeseen circumstances that materially affected the availability of lead counsel for Defendants' trial team during the period immediately preceding the December 17, 2025 pretrial filing deadline.

6. Later that evening on December 16, 2025, I contacted counsel for Plaintiff by email to request a phone call to discuss the impact of these circumstances on the pending pretrial deadlines.

7. On December 17, 2025, counsel for Plaintiff and counsel for Defendants held a telephone conference regarding the upcoming pretrial filings. During that conference, Defendants requested a two-week extension of the applicable pretrial deadlines. The two-week extension meant the new deadlines fell on New Years Eve, which the parties had previously discussed at the pre-trial conference on December 4, 2025, where Plaintiff's counsel informed Defendants' counsel of a previously arranged international trip, so counsel for Plaintiff proposed extending the first round of trial

filings to January 12, 2026. Defendants consented to that proposal, and the Parties agreed to seek a brief extension of the Court's pretrial deadlines to allow the filings to be completed and submitted in an orderly and complete manner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of December, 2025, in Pasadena, California.

By: /s/ Dandan Pan<br>Dandan Pan