1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11    ML PRODUCTS INC.,                      Case No.: 5:23-cv-02094-MEMF-DTB

12                           Plaintiffs,     **[PROPOSED] ORDER GRANTING**
                                             **JOINT STIPULATION TO**
13           v.                              **EXTEND SCHEDULING**
                                             **DEADLINES**
14    BILLIONTREE TECHNOLOGY USA,
15    INC., MOUNTAIN PEAK. INC., and
      DOES 1 through 25, inclusive,
16
17                           Defendants.
18
19
20
21
22
23
24
25
26
27
28

1

On December 17, 2025, the Parties filed a Joint Stipulation to Extend Scheduling Deadlines.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and modifies the Scheduling Order as follows:

| Event | Current Dates | New Dates |
|---|---|---|
| Trial Filings (First Round): Motions in Limine; Memoranda of Contentions of Fact and Law; Witness Lists; Joint Exhibit List; Joint Status Report Regarding Settlement; Proposed Findings of Fact and Conclusions of Law | 12/17/2025 | 1/12/2026 |
| Trial Filings (Second Round): Oppositions to Motions in Limine; Joint Proposed Final Conference Order; Joint Agreed Upon Proposed Jury Instructions; Disputed Proposed Jury Instructions; Joint Proposed Verdict Forms; Joint Proposed Statement of the Case; Proposed Voir Dire Questions; Evidentiary Objections | 12/31/2025 | 1/26/2026 |
| Final Pretrial Conference | 1/14/2026, 10:00 a.m. | 2/11/2026, 10:00 a.m. |
| Trial | 2/2/2026, 8:30 am | 3/2/2026, 8:30 am |

IT IS SO ORDERED.

Dated:

_____        _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge