Richard D. McCune (SBN 132124)
rdm@mccunelawgroup.com
Valerie L. Savran (SBN 334190)
vls@mccunelawgroup.com
Andy Van Ligten (SBN 348696)
avl@mccunelawgroup.com
Brandon Aslanyan-Little (SBN 351254)
bk@mccunelawgroup.com
**MCCUNE LAW GROUP, APC**
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250

Dana R. Vogel (*Pro Hac Vice*)
drv@mccunelawgroup.com
Connor P. Lemire (*Pro Hac Vice*)
cpl@mccunelawgroup.com
**MCCUNE LAW GROUP, APC**
2415 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: (909) 557-1250

*Attorneys for Plaintiff ML Products, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC.<br><br>    Plaintiff,<br><br>    v.<br><br>BILLIONTREE TECHNOLOGY USA, INC., MOUNTAIN PEAK. INC., and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-08626-MEMF-DTB<br><br>**JOINT STIPULATION TO EXTEND PRE-TRIAL AND TRIAL DEADLINES**<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong, USDJ |

      Plaintiff ML Products Inc. ("Plaintiff") and Defendants Mountain Peak, Inc., and Billiontree USA Technology, Inc. ("Defendants") hereby stipulate to the following pre-trial and trial deadlines, subject to approval from the Court, based on the following facts and agreements of the parties:

      1.      WHEREAS, ML Products Inc. ("Plaintiff") filed the operative Complaint against Mountain Peak, Inc., and Billiontree USA Technology, Inc. ("Defendants") on October 12, 2023 (Dkt No. 1).

      2.      WHEREAS, on February 13, 2024, the Court issued the Scheduling Order, setting all pre-trial and trial deadlines (Dkt No. 41).

      3.      WHEREAS, on January 24, 2025, the Court amended the Scheduling Order (Dkt. No. 73).

      4.      WHEREAS, on April 16, 2025, the Court further amended the Scheduling Order, setting the first round of trial filings due on December 17, 2025 (Dkt. No. 99).

      5.      WHEREAS, on September 19, 2025, Plaintiff filed a Motion to Modify the Uniform Pre-Trial Scheduling Order and Extend Deadlines (Dkt No. 164).

      6.      WHEREAS, on December 17, 2025, the parties filed a Joint Stipulation to Extend Trial Filings (Dkt No. 187).

      7.      WHEREAS, on December 23, 2025, the Court issued an order staying all pre-trial and trial deadlines in response to an email from the parties. (Dkt No. 203).

      8.      WHEREAS, on January 9, 2026, the Court issued an order granting Plaintiff's Motion to Modify the Uniform Pre-Trial Scheduling Order and Extend Deadlines (Dkt No. 164), and denying as moot the parties' Joint Stipulation to Extend Trial Filings (Dkt No. 187). The order further required the parties to meet and confer and file a joint stipulation pertaining to a new proposed Scheduling Order within seven days. (Dkt No. 205).

      9.      WHEREAS, on January 14, 2026, the parties met and conferred in accordance with the Court's January 9 order. (Vogel Decl., ¶ 10).

      10.      WHEREAS, Plaintiff's counsel stated on the call that Plaintiff believes there is good cause to extend fact discovery cutoff by four months from the date of the Court's order granting

Plaintiff's Motion to Modify the Uniform Pre-Trial Scheduling Order and Extend Deadlines, for all the same reasons set forth therein. (Vogel Decl., ¶ 11).

11. WHEREAS, the parties propose the following Pre-Trial and Trial Deadlines:

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Fact Discovery Cutoff | 30-July-25 | 11-May-26 |
| Expert Disclosure (Initial) | 6-Aug-25 | 26-May-26 |
| Expert Disclosure (Rebuttal) | 20-Aug-25 | 19-June-26 |
| Expert Discovery Cutoff | 3-Sept-25 | 7-July-26 |
| Last Day to Hear Motions (Thursday) | 23-Oct-25 | 1-Sept-26 |
| Deadline to Complete Settlement Conference | 5-Nov-25 | 22-Sept-26 |
| Trial Filings (First Round) | 17-Dec-25 | 20-Oct-26 |
| Trial Filings (Second Round) | 31-Dec-25 | 3-Nov-26 |
| Final Pretrial Conference; Hearing on Motions in Limine | 14-Jan-26 10:00 am | 9-Dec-26 10:00 am |
| Trial | 02-Feb-26 8:30 am | 11-Jan-27 8:30 am |

Dated: January 16, 2026

**McCUNE LAW GROUP, APC**

 /s/ Dana R. Vogel
Dana R. Vogel (*Pro Hac Vice*)
drv@mccunelawgroup.com
2415 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: (909) 557-1250

*Attorneys for Plaintiff ML Products, Inc.*

| | |
|---|---|
| Dated: January 16, 2026 | **GLACIER LAW LLP** |
| | |
| |   */s/ Jie Li (with permission)* |
| | Jie Li |
| | Jie.li@glacier.law |
| | Tianyu Ju |
| | Iris.Ju@glacier.law |
| | 251 South Lake Avenue, Suite 910 |
| | Pasadena, CA 91101 |
| | Telephone: 332-208-8882 |
| | |
| | Kevin J. O'Connor (admitted *pro hac vice*) |
| | KOConnor@pecklaw.com |
| | **PECKAR & ABRAMSON, P.C.** |
| | 70 Grand Avenue |
| | River Edge, New Jersey 07661 |
| | Telephone: (201) 343-3434 |
| | |
| | *Attorneys for Defendants Mountain Peak and Billiontree* |

    I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of the Stipulation.

                                                */s/ Dana R. Vogel*
                                                Dana R. Vogel