Richard D. McCune (SBN 132124)
rdm@mccunelawgroup.com
Valerie L. Savran (SBN 334190)
vls@mccunelawgroup.com
Andy Van Ligten (SBN 348696)
avl@mccunelawgroup.com
Brandon Aslanyan-Little (SBN 351254)
bk@mccunelawgroup.com
**MCCUNE LAW GROUP, APC**
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250

Dana R. Vogel (*Pro Hac Vice*)
drv@mccunelawgroup.com
Connor P. Lemire (*Pro Hac Vice*)
cpl@mccunelawgroup.com
**MCCUNE LAW GROUP, APC**
2415 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: (909) 557-1250

*Attorneys for Plaintiff ML Products, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>BILLIONTREE TECHNOLOGY USA, INC., MOUNTAIN PEAK. INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-08626-MEMF-DTB<br><br>**DECLARATION OF DANA R. VOGEL IN SUPPORT OF JOINT STIPULATION TO EXTEND PRE-TRIAL AND TRIAL DEADLINES**<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong, USDJ |

# DECLARATION OF DANA R. VOGEL

I, Dana R. Vogel, hereby declare as follows:

1. I am an attorney admitted to practice in the State of Arizona. I have been admitted pro hac vice in this case. I am an attorney with the McCune Law Group, counsel for Plaintiff ML Products Inc. I make this declaration in support of the Joint Stipulation to Extend Pre-Trial and Trial Deadlines. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto.

2. ML Products Inc. ("Plaintiff") filed the operative Complaint against Mountain Peak, Inc., and Billiontree USA Technology, Inc. ("Defendants") on October 12, 2023 (Dkt No. 1).

3. On February 13, 2024, the Court issued the Scheduling Order, setting all pre-trial and trial deadlines (Dkt No. 41).

4. On January 24, 2025, the Court amended the Scheduling Order (Dkt. No. 73).

5. On April 16, 2025, the Court further amended the Scheduling Order, setting the first round of trial filings due on December 17, 2025 (Dkt. No. 99).

6. On September 19, 2025, Plaintiff filed a Motion to Modify the Uniform Pre-Trial Scheduling Order and Extend Deadlines (Dkt No. 164).

7. On December 17, 2025, the parties filed a Joint Stipulation to Extend Trial Filings (Dkt No. 187).

8. On December 23, 2025, the Court issued an order staying all pre-trial and trial deadlines in response to an email from the parties. (Dkt No. 203).

9. On January 9, 2026, the Court issued an order granting Plaintiff's Motion to Modify the Uniform Pre-Trial Scheduling Order and Extend Deadlines (Dkt No. 164), and denying as moot the parties' Joint Stipulation to Extend Trial Filings (Dkt No. 187). The order further required the parties to meet and confer and file a joint stipulation pertaining to a new proposed Scheduling Order within seven days. (Dkt No. 205).

10. On January 14, 2026, the parties met and conferred in accordance with the Court's January 9 order.

11. Plaintiff's counsel stated on the call that Plaintiff believes there is good cause to extend fact discovery cutoff by four months from the date of the Court's order granting Plaintiff's Motion to Modify the Uniform Pre-Trial Scheduling Order and Extend Deadlines, for all the same reasons set forth therein.

I declared under penalty of perjury that the foregoing is true and correct. Executed on this 16th Day of January 2026, in Phoenix, Arizona.

/s/ Dana R. Vogel

Dana R. Vogel