UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BILLIONTREE TECHNOLOGY USA, INC., MOUNTAIN PEAK. INC., and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-08626-MEMF-DTB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND PRE-TRIAL AND TRIAL DEADLINES** |

On January 16, 2026, the Parties filed a Joint Stipulation to Extend Pre-Trial and Trial Deadlines pursuant to this Court's January 9, 2026 Order (Dkt No. 205).

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Fact Discovery Cutoff | 30-July-25 | 11-May-26 |
| Expert Disclosure (Initial) | 6-Aug-25 | 26-May-26 |
| Expert Disclosure (Rebuttal) | 20-Aug-25 | 19-June-26 |
| Expert Discovery Cutoff | 3-Sept-25 | 7-July-26 |
| Last Day to Hear Motions (Thursday) | 23-Oct-25 | 1-Sept-26 |
| Deadline to Complete Settlement Conference | 5-Nov-25 | 22-Sept-26 |
| Trial Filings (First Round) | 17-Dec-25 | 20-Oct-26 |
| Trial Filings (Second Round) | 31-Dec-25 | 3-Nov-26 |
| Final Pretrial Conference; Hearing on Motions in Limine | 14-Jan-26 10:00 am | 9-Dec-26 10:00 am |
| Trial | 02-Feb-26 8:30 am | 11-Jan-27 8:30 am |

IT IS SO ORDERED.

Dated: _____     _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge