1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11   ML PRODUCTS INC.,                     Case No.: 2:23-cv-08626-MEMF-DTB

12                          Plaintiffs,     **ORDER GRANTING JOINT
                                            STIPULATION TO EXTEND PRE-**
13              v.                          **TRIAL AND TRIAL DEADLINES [DKT.
                                            NO. 206]**
14   BILLIONTREE TECHNOLOGY USA, INC.,
     MOUNTAIN PEAK. INC., and DOES 1
15   through 25, inclusive,

16

17                          Defendants.

18

19

20

21

22

23

24

25

26

27

28

On January 16, 2026, the Parties filed a Joint Stipulation to Extend Pre-Trial and Trial
Deadlines pursuant to this Court's January 9, 2026 Order (Dkt No. 205).

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore,
hereby GRANTS the Stipulation and ORDERS as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Fact Discovery Cutoff | 30-July-25 | 11-May-26 |
| Expert Disclosure (Initial) | 6-Aug-25 | 26-May-26 |
| Expert Disclosure (Rebuttal) | 20-Aug-25 | 19-June-26 |
| Expert Discovery Cutoff | 3-Sept-25 | 7-July-26 |
| Last Day to Hear Motions (Thursday) | 23-Oct-25 | 1-Sept-26 |
| Deadline to Complete Settlement Conference | 5-Nov-25 | 22-Sept-26 |
| Trial Filings (First Round) | 17-Dec-25 | 20-Oct-26 |
| Trial Filings (Second Round) | 31-Dec-25 | 3-Nov-26 |
| Final Pretrial Conference; Hearing on Motions in Limine | 14-Jan-26 10:00 am | 9-Dec-26 10:00 am |
| Trial | 02-Feb-26 8:30 am | 11-Jan-27 8:30 am |

IT IS SO ORDERED.

Dated: February 20, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

2